**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000867
17-APR-2020
10:21 AM**

NO. CAAP-19-0000867


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


LORD HARRY S. UMAYAM, Claimant-Appellant, v.
SUTTER HEALTH PACIFIC, Employer-Appellee, and
FIRMS CLAIMS SERVICES, Insurance Carrier-Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2018-082; DCD NO. 2-15-48583)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of self-represented Claimant-Appellant Lord Harry S. Umayam's (Umayam) March 11, 2020 letter requesting to "stop the appeal," which the court construes as a motion to dismiss the appeal, the papers in support, the record, and there being no opposition, it appears that (1) the appeal has not been docketed; (2) Umayam seeks to dismiss the appeal; and (3) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 17, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge